UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN MARQUINCE LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 18-1121-JDT-cgc |
| | ) | |
| STEPHEN PAGE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER DENYING MOTION FOR ENTIRE DEPOSITION

The *pro se* prisoner Plaintiff, Brian Marquince Long, has filed another motion asking the Court to require Defendant's counsel to provide him with a complete copy of his own deposition rather than the brief excerpts filed in supprt of Defendant's motion for summary judgment. (ECF No. 40.) As the Court explained in a previous order, however, Plaintiff is not entitled to a copy of his entire deposition unless he pays the reasonable charges of the court reporter for preparing it. (*See* ECF No. 34 at PageID 123-24 (citing Fed. R. Civ. P. 30(f)(3) and *Dujardine v. Mich. Dep't of Corr.*, No. 1:07-cv-701, 2009 WL 3401172, at *1 (W.D. Mich. Oct. 19, 2009) (even indigent parties proceeding *pro se* must "bear[] their own litigation expenses.")).)

Plaintiff's motion for a copy of his entire deposition is DENIED.

IT IS SO ORDERED.

        s/ **James D. Todd**
        JAMES D. TODD
        UNITED STATES DISTRICT JUDGE